425 A.2d 9

Commonwealth v. Roberts, Appellant.

Submitted March 23, 1979. Joel M. Scheer, for appellant; Michael Vedomsky, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

425 A.2d 9

Commonwealth v. Sapp, Appellant.

Submitted June 29, 1979. Richard P. Hunter, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Order affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.